## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JANE DOE,

          Plaintiff,

          v.

JOSHUA T. REBER,

          Defendant.

)
)
)
)
)
)
)
)
)
)

Civil Action No.  2:17-cv-00081

Magistrate Judge Lisa Pupo Lenihan

## **JUDGMENT**

Judgment is hereby entered on behalf of the Defendant, Joshua Reber, and against the Plaintiff, Jane Doe.  The Clerk of Court is directed to mark this case as closed.

Date:   February 21, 2020

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk